UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH WILLIAMS,

    Petitioner,                   Civil No. 2:08-10472
                                           HONORABLE DENISE PAGE HOOD
v.                                    UNITED STATES DISTRICT JUDGE

BLAINE LAFLER,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on August 24, 2011.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that Petitioner shall be granted leave to appeal *In Forma Pauperis.*

Dated at Detroit Michigan, this 24th , day of August, 2011.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

**APPROVED:**                               BY: s/LaShawn R.Saulsberry
                                                      DEPUTY CLERK

s/Denise Page Hood_____
**HON. DENISE PAGE HOOD**
**UNITED STATES DISTRICT JUDGE**

**I hereby certify that a copy of the foregoing document was served upon Keith Williams #324866, 34625 26 Mile Road, New Haven, MI 48048 and counsel of record on August 24, 2011, by electronic and/or ordinary mail.**

            **S/LaShawn R. Saulsberry**
            **Case Manager**